UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-03646-JAK-SHK | Date: | May 28, 2020 |
| Title: | *Serop Aram Arslanian v. Andrew Saul, Commissioner of Social Security* | | |

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

      On April 20, 2020, Plaintiff filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security.  On April 23, 2020, the Court issued its Case Management Order ("CMO") in which, Plaintiff was ordered to file proofs of service within **thirty** (30) days after the filing of the CMO.  The CMO warned Plaintiff that failure to comply may result in dismissal of the case.  Id.  To date, the proof of service has not been filed with the Court.

      Accordingly, Plaintiff is ordered to show cause no later than **June 4, 2020,** why this case should not be dismissed for failure to prosecute.  Filing the proof of service by June 4, 2020, shall constitute compliance with this Order.

**IT IS SO ORDERED**